# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: **Frances Headley**　　　　　　　　　　CASE **14-31718**

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

## OBJECTION TO CLAIM

COMES NOW, Susan Shirock DePaola, Trustee for the above Chapter 7 case, and submits the following objection to claim(s)

**Claim 2**
**Acceptance Loan**
**15467 Highway 59  Suite 2**
**Foley, AL  36535**

The Trustee objects to the allowance of this claim. This is a secured creditor. The Trustee did not administer the property subject to the creditor's security interest. In addition, there is no evidence that the collateral was surrendered and/or sold and that this is an unsecured deficiency. Accordingly the Trustee objects to the allowance of this claim and submits that it should not be included in any distribution.

Wherefore, the undersigned objects to this claim as set forth hereinabove.

Respectfully submitted this the 29th day of September, 2016.
　　　　　　　　　　　S/Susan Shirock DePaola
　　　　　　　　　　　　TRUSTEE IN BANKRUPTCY

**Susan Shirock DePaola**
**1726 West Second Street~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**
**brtrustee@knology.net**

Before me and on the date set forth hereinabove, personally appeared Susan Shirock DePaola, who, did swear or affirm that the facts stated herein are true and correct to the best of her knowledge information and belief and after investigation of same.

　　　　　　　　　　s/　　Katherine Russell,  Notary Public
　　　　　　　　　　　　My Commission Expires   April 14, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Objection has been delivered by ECF or mailed to a representative of the above-named creditors and the **Bankruptcy Administrator** by first class mail, postage prepaid on this 29th day of September, 2016.

　　　　　　　　　　　S/ Susan Shirock DePaola